IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Body Science LLC, | NO. C 12-01490 JW |
|     Plaintiffs,<br>v. | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| A & D Engineering, Inc., | |
|     Defendant. | |

This case is scheduled for a Case Management Conference on June 18, 2012. On April 18, 2012, Plaintiff filed a Notice of Motion to Transfer, indicating that it had filed a motion before the United States Judicial Panel on Multidistrict Litigation to transfer this action, along with four other actions, to the Northern District of Illinois for coordinated pretrial proceedings. (See Docket Item No. 145.)

In light of the pending Motion to Transfer, the Court finds that a Case Management Conference would not be fruitful at this time. Accordingly, the Court VACATES the June 18 Conference.[1] On or before **July 9, 2012**, the parties shall file a Joint Statement updating the Court on the status of the MDL proceedings.

Dated: June 11, 2012

JAMES WARE
United States District Chief Judge

---

[1] In light of this Order, the Court DENIES as moot Plaintiff's Motion for Administrative Relief for Counsel to Appear Telephonically at the June 18, 2012 Case Management Conference, Docket Item No. 148.

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Allan J. Sternstein asternstein@dykema.com
Jeffrey A Pine jpine@dykema.com
Kimberly A Donovan kdonovan@gcalaw.com
Michael Stolarski mstolarski@dykema.com
Robbie R Harmer rharmer@dykema.com
Robbie R Harmer rharmer@dykema.com
Timothy K. Sendek tsendek@dykema.com
Valerie Margo Wagner vwagner@gcalaw.com
William F Ward wward@edwardswildman.com
William Paul Schuck pschuck@twtlaw.com

**Dated: June 11, 2012**                                   **Richard W. Wieking, Clerk**

                                                           **By:     /s/ JW Chambers**
                                                                **William Noble**
                                                                **Courtroom Deputy**